**IN THE UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**

| | |
|---|---|
| CASEY BERTRAM, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No.: 2:23-cv-2215-CSB-EIL |
| v. ) | |
| ) | |
| SUNRUN, INC., ) | |
| ) | Hon. Colin Stirling Bruce |
| Defendant. ) | |
| ) | |

## DEFENDANT SUNRUN INC.'S CORPORATE DISCLOSURE STATEMENT

NOW COMES the Defendant, Sunrun Inc. ("Sunrun"), by and through its attorneys, Kelley Drye & Warren LLP, and for its Corporate Disclosure Statement and notice of affiliates pursuant to Fed. R. Civ. P. 7.1, and Local Rule 7.1.1, states as follows:

Sunrun has no parent corporation, and BlackRock Inc. owns 10% or more of Sunrun's stock.

Dated: December 6, 2023

*/s/ Catherine E. James*
Lauri A. Mazzuchetti
Glenn Graham
Catherine E. James
KELLEY DRYE & WARREN LLP
333 West Wacker Drive, Suite 2600
Chicago, Illinois 60606
T: (312) 857-7070
lmazzuchetti@kelleydrye.com
ggraham@kelleydrye.com
cjames@kelleydrye.com

*Attorneys for Defendant*
*Sunrun Inc.*