**IN THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF ILLINOIS**

CASEY BERTRAM, on behalf of himself and          CIVIL ACTION FILE NO. 2:23-cv-2215-
others similarly situated,                       CSB-EIL

      Plaintiff,

v.

SUNRUN, INC.

      Defendant.

_____/

## DECLARATION OF ANTHONY PARONICH

      I, Anthony Paronich, declare under penalties of perjury:

      1.      I am the counsel to plaintiff in the above-captioned action, I am over 18 years of agree, I am competent to testify make this declaration on personal knowledge in support of Plaintiff's Opposition to Defendant Sunrun, Inc,'s Motion to Strike the Class Allegations.

      2.      In discovery, SunRun produced as an Excel spreadsheet which appears to be a listing of 55 calls that Sunrun placed to Plaintiff Bertram's cell phone.

      3.      Attached hereto as Exhibit A is a true and accurate copy of a document produced in discovery by defendant Sunrun, Inc. ("Sunrun"), bates labelled SUNRUN-CB-00067, which Sunrun asserts is a portion of consent to call Plaintiff Bertram's cell phone.

      4.      Attached hereto as Exhibit B is a true and accurate copy of a document produced in discovery by defendant Sunrun, Inc. ("Sunrun"), bates labelled SUNRUN-CB-00036, that Sunrun asserts is a portion of consent to call Plaintiff Bertram's cell phone which is a hyperlinked 31 pages single spaced

listing of U.S. Residential Solar Installers.

5.      Sunrun's response to Plaintiff's First Set of Document Requests, while containing production about its policies for complying with the TCPA, did not provide any documents that represent prior express written consent signed by absent members of the putative class.

PURSUANT TO 28 U.S.C. § 1746, I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT. EXECUTED THIS THIS 19th DAY OF DECEMBER 2023 IN THE COMMONWEALTH OF MASSACHUSETTS.

__*Anthony Paronich*_____
Anthony Paronich

# EXHIBIT A



**Your progress 88%**

# What is the best number to reach you at if you qualify?

Don't worry, we won't bug you... We HATE bugs! 🕷

Enter phone number

**SUBMIT**

By clicking the "Submit" button, you authorize sunvalue.com and up to 4 solar partners to call you and send you pre-recorded messages and text messages at the number you entered above, using an autodialer, with offers about their products or services, even if your phone number is on any national or state "Do Not Call" list. Message and data rates may apply. Your consent here is not based on a condition of purchase.

# EXHIBIT B

Sun**Value**

Home        About        How it Works        News
                 FAQ        Contact Us

Get Started

# US Residential Solar Installers

## List of US Residential Solar Installers

SunValue works with most of the major residential solar installers in the USA, of which a partial list is included below (this list is not necessarily comprehensive).

## Our goal is, in order of importance:

- To connect homeowners with the highest quality installers

- To provide homeowners with several options so that can directly compare installer offers

- To provide additional help and support for other questions.

If you clicked here from the signup page hit the back button to complete the form and get a solar estimate from up to 4 installers.

If you signed up to get a solar estimate you may be contacted by one or more of the following solar installers:

## Residential Solar Installers List:

### Numerical

| | | |
|---|---|---|
| ADT Solar | ADT | 0Titan Solar & Remodeling |
| 1 Solar Solutions | 1 Solar Utah | 180 South Solar |
| 1800Remodel | 1nnov8tive LLC | 1st Light Energy |
| 1st US Energy LLC | 2 Suns Solar | 21st Century Power Solutions |
| 247 Solar Pro | 2C Marketing | 2Four6 Solar |
| 2K Solar | 310 Solar LLC | 31Solar LLC |
| 360 Solar Energy | 360 Solar Group | 365 Solar Energy |
| 410 Energy Solutions | 4ProEnergy | 5 Mile Media |
| 5 Star Solar | 76 Solar | 7X Energy |
| 93 Energy | 970 Solar LLC | |

SUNRUN-CB-00036

SunValue

Home    About    How it Works    News    Get Started
        FAQ    Contact Us

| | | |
|---|---|---|
| A & R Solar | A Division of Mechanical Energy Systems | A National Electric Service Inc. |
| A-1 Electric | A.D.D. Solar Connect | A.I. Solar |
| A.M. Solar | A.M. Sun Solar | A&M Energy Solutions |
| A&R Solar | A1 Energy LLC | A1 Solar Consulting |
| A1 Solar LLC | A1 Solar Power | A1A Solar |
| A1A Solar Contracting Inc. | AA Solar Services LLC | AAA Solar |
| AAE Solar | Aapco | Aaron Ward |
| Abakus Solar USA Inc. | Abbott Electric Inc. | ABCO Solar |
| Abengoa Solar | ABest Energy Power | Ablaze Energy |
| Able Energy | Able Energy Co. | ABP Energy |
| Abraham Karr | Abraham Venegas | Absolute Solar |
| Absolutely Solar | Abundant Energy | Abundant Solar |
| AC Solar Inc. | Accelerate Solar | Accent Solar |
| Access Geothermal | ACDC Solar | Ace Solar |
| Ace Solar and Roofing | ACES Solar | ACME Environmental |
| ACME International Services Inc. | ACOS Energy LLC | Acro Energy |
| Active Energies | Active Energies Inc. | Active Energies Solar |
| Active Solar | Activus Corp | Ad Energy |
| Adam Austin | Adam Kaiser | Adam Vasilovich |
| Addin Solar | Addison Homes LLC | Addy Electric |
| Admirals | Adobe Reo | Adobe Solar |
| ADT | ADT Solar | Advance Power Inc |
| Advance Solar | Advance Solar & Spa | Advance Solar Construction |
| Advance Solar Construction LLC | Advanced Alternative Energy Solutions | Advanced Commercial Enterprises |
| Advanced Distributed Generation | Advanced Electric and Solar | Advanced Energy Resources |
| Advanced Energy Services | Advanced Energy Solar | Advanced Energy Solutions |
| Advanced Energy Systems Development LLC | Advanced Mechanical Systems Inc. | Advanced Solar & Energy Solutions |
| Advanced Solar Electric | Advanced Solar Electric, Inc. | Advanced Solar Energy |
| Advanced Solar Power Inc. | Advanced Solar Tech | Advanced Solar Technologies |
| Advanced Solar Technologies LLC | Advanced Solarone Products | Advancing Solar |
| Advertising Inc | Advertising Inc. | Advocates for American Homeowners |
| AEC Solar | AEE Solar | Aegis Solar Energy |
| Aerobine | Aerosun Electric | AES Solar |
| AET Solar | Aether Consulting | AFC Comfort Company |
| AFC Solar | Affiliate Media Network | Affiliated Energy Solutions |
| Affordable Energy Concepts | Affordable Energy Solutions | Affordable Solar |
| Affordable Solar (NM) | Affordable Solar Contracting | Affordable Solar Group LLC |

SUNRUN-CB-00037

SunValue

Home        About        How it Works        News        ( Get Started )
            FAQ         Contact Us

| | | |
|---|---|---|
| Alan Fordyce | Albanette Santiago | Albany Solar Energy |
| Albert Chioye | Alder Energy Systems | Aldoway Unlimited |
| Alex Baldridge | Alex Chapin | Alex Marra LLC |
| Alex Ticu | Alexanders | Alexandra Bromson |
| Alien Fuel Inc. | All Bright Custom Solar LLC | All Cal Energy Solutions |
| All Electric | All Electrical & Telecom | All Energy |
| All Energy Inc. | All Energy Solar | All Energy Solar Inc. |
| All Green It | All In One Exteriors | All On Electric |
| All Pro Solar Svcs | All Season Solar | All Solar Electric |
| All Solar Inc. | All Things Solar | All Valley Solar |
| Alladin Solar LLC | Alliance Security | Allied Technical Services |
| Allsolar Service Company Inc. | Allstate Jersey Central Electric & Solar | Allterra Solar |
| Allura Solar | Ally Home Services | Almika Energy |
| Aloha Solar | Alpenglow Solar | Alphatech Resource Holdings s.r.o. |
| Alpine Solar | Alt Marketing NYC LLC | Alta Design & Construction |
| Alta Sol | Altech Electric | Alten Group |
| Alter System LLC | Alter Systems LLC | Alternate Energy Solutions LLC |
| Alternatech | Alternative Energy Concepts Inc. | Alternative Energy Resources |
| Alternative Energy Systems, Inc. | Alternative Power Enterprise | Alternative Power Solutions Corp. |
| Alternative Power Systems | Alternative Power Systems Inc. | Altitude Solar |
| AM Solar | Am Sun Solar | Amazing Construction |
| Ambit Energy | Ambition Electric Inc. | Ambrose Solar |
| Ameco Solar | Ameco Solar Inc. | Amercan Solar Energy LLC |
| Ameresco Solar | Amergy Solar | America For Solar |
| America's Best Solar | American Array | American Design & Build |
| American Electric (See Sunrun) | American Energy Experts | American Green Center Solar |
| American Green Energy Source, Inc. | American Pacific Solar | American Patriot Solar |
| American Renewable Energy Inc. | American Solar | American Solar & Alternative Energies |
| American Solar and Alt Energy Solutions Inc. | American Solar Direct | American Solar Electric |
| American Solar Energy | American Solar Energy (Jason Obermiller) | American Solar Energy Systems |
| American Solar Power | American Solar Solution | American Solar Specialists LLC |
| American Solargy Inc. & American Solargy Electric | American Stream Solar | American Sun Solar |
| American Vision solar | Amerigreen Solar | Ameryk LLC |
| AMI Energy Solutions | Amped Local | Amped On Solar LLC |
| Ampion | Anderson Electric LLC | Anderson Solar Controls |
| Andre Lewis | Andrew Austin | AndServices |

SUNRUN-CB-00038

SunValue

Home     About     How it Works     News          Get Started
         FAQ      Contact Us

| | | |
|---|---|---|
| Apollo Solar Program | Appalachian Renewable Power Systems LTD. | Applied Energy Innovations |
| Applied Solar Energy | Applied Solar Energy / Solex | Apricot Solar |
| APS Solar | Aram Solar | Arcadia Solar |
| Arctic Sun LLC | Are Sun Solar | Argand Energy |
| Argand Energy Solutions | Argent Solar Electric Inc. | Arise Energy Solutions LLC |
| Arizona Energy Pros | Arizona Energy Pros Inc. | Arizona Solar Concepts |
| Arizona Solar Concepts LLC | Arizona Solar Institute | Arizona Solar Wave |
| Arizona Solar Wave & Energy | Arizona South West Solar | Ark Solar |
| Armando's Construction Services | Array of Solar | Array Technologies |
| Arres Solar | Arroyo Electric | Art Construction |
| Artisan Electric Inc. | ASC Solar Solutions LLC | Ascend Solar |
| Ashley Seibert | ASI Heating, Air & Solar | Asidaco LLC |
| Assured Solar Energy | Aston Solar | Aston Solar (Harry Tuvel) |
| Astralux Solar | Astrum Solar | Aten Solar |
| Atlantic Solar Solutions Inc. | Atlas Energy | Atlas Solar Power |
| Atlasta Solar | Atlasta Solar Center | ATLS Solar |
| Atmus Energy | Aubrey Digital Home | Auric Energy |
| Aurora Energy Inc. | Aurora Solar Inc. | Authentic Solar Power |
| Automated Lead Generation LLC | Automation Solar Inc. | Awesome Power |
| Axis Energy | Ay Solar | AZ Sun Services |
| AZ West Solar | Azimuth Renewable Energy | Aztec Renewable Energy |
| Aztec Solar Inc. | Aztec Solar Power | |

## B

| | | |
|---|---|---|
| B & B Solar | B Green LLC | B.E. Solar |
| Baker Electric Home Energy | Baker Electric Solar | Baker Solar & Electric |
| Bakhshai Enterprises | Bank On Solar | Banner Home Solutions |
| Barnhardt Construction | Barret Solar | Barrus Solar |
| Base Price Power | Basin Energy Services | Basin Industries Inc. |
| Bay State Solar Solutions | Bayman Electric | Bayou Solar LLC |
| Baystate Solar Power | BDS Solar | Bear Solar |
| Beaver Solar | Beehive Technical Services | BeFree Solar |
| Befree Solar LLC | Bell Lawn Solar | Bell Solar Electric LP |
| Bella Energy | Bella Power and Light | Bella Solar |
| Bellwether Construction LLC | Ben Fine | Ben Wright |
| BenefitLogix | Benefitlogix Marketing Group, llc. | Benjamin Williams Jr. |
| Benny Mosiman | Bentley Global Associates LLC | Berkeley Solar Electric Systems |

SUNRUN-CB-00039

| | | |
|---|---|---|
| | Inc. | |
| Blake Electric Inc. | Bland Company | Bland Solar & Air |
| Blera, LLC | Blue Ink Digital | Blue Kangaroo LLC |
| Blue Marble Solar | Blue Mountain Construction Services | Blue Pacific Solar |
| Blue Raven | Blue Raven Solar | Blue Ridge Solar LLC |
| Blue Ridge Sun | Blue Selenium Solar Inc. | Blue Sky Solar |
| Bluechip Energy LLC | Bluesky Energy Inc. | Bluestar Solar Energy LLC |
| BMC Solar | BME Satellite and Solar LLC | Bobby LaDuke |
| Bold Alternatives | Bombard Electric | Bonterra Solar |
| Bonterra Solar Service | Border Solar | Borrego Solar Systems Inc. |
| Boston Solar | Boundless Energy Inc. | Boykin & Boykin Construction Inc. |
| Bozeman Green Build | Brad Pereira | Brad Vargason |
| Brandon Derringer | Brandon Larkein | Brandon Monaghan |
| Bratton Solar | Brian Ahlering | Briggs Electric |
| Bright Eye Solar LLC | Bright Home Energy | Bright House Energy Construction Inc |
| Brighter Home Solutions | Brightergy - St. Louis | Brightergy – St. Louis |
| BrightEye Solar | BrightGrid Solar | Brightside Solar |
| Brightstar Solar | Brinks Home Security | Brio Energy |
| Brite Idea Energy | Brooklyn SolarWorks | Brothers Electric and Solar |
| Brower Mechanical, Inc. | Brownell Electric Corp. | Bruce Media Corp |
| Bryan Wallace | Bryson Wigent | Bryston Smith |
| Bryton Smith | Buehler Brothers Electric & Solar | Buena Vista Technologies |
| Buffalo Solar Solutions | Built Well Solar | Builtgreen California |
| Bulldog Solar Power | Bunmi Babz | Burlington Solar |

# C

---

SUNRUN-CB-00040

SunValue

Home    About    How it Works    News    Get Started
        FAQ      Contact Us

| | | |
|---|---|---|
| Caliber Green | California Energy Savers | California Free Solar Systems |
| California Green Designs | California Preferred Solar | California Smart Home Solutions |
| California Solar | California Solar Concepts | California Solar Electric |
| California Solar Energy | California Solar Engineering | California Solar Partners |
| California Solar Systems | California Solar Systems Inc | California Sun Systems |
| California Sun Systems, Inc. | Call Box Sales & Marketing Solutions | CalPro Solar |
| CalSun Electric & Solar | CAM Solar | Canadian Solar |
| Candelaria Solar Electric | Canopy Energy | Cap City 1 |
| Cape Fear Solar Systems | Cape Fear Solar Systems LLC | Capital City Solar was previously Solarecity Electric |
| Capital Sun Group | Capital Valley Tech | Carbon Vision |
| Care Free Homes Inc. | Carlson Electric | Carr Creek Electric Service |
| Carr Creek Electric Service LLC | Casa Energy | Cascade Power |
| Cascade Renewable Energy | Cascade Solar Consulting | Cascade Sun Works |
| CCMS Inc | CE Team | CED Greentech |
| Cedar Creek Energy | CEGA Clean Energy Group Alliance | Celebrate Solar |
| Cell Energy | Centaur | Central California Solar |
| Certified Safe Electric Inc. | Certified Solar Solutions LLC | Channon Gomez |
| Chariot Energy | Charles Price | Charley Mackes |
| Chase Hudson | Chase Taylor | Cheyenne Solar Installs |
| Chicago Windy City Solar Corp. | Chimney Specialists Inc. | Chippewa Valley Alternative Energy |
| Cholo Holdings LLC | Christopher Gartland | Christopher Nigra |
| Cienaga Solar | Cinci Home Solar | CIR Electric Construction |
| CIR Electrical Construction Corp. | Circuit Electric LLC | Circular Energy |
| Citadel Roofing & Solar | Clackamas Electric Inc | Clarke & Rush |
| Clean & Green Alternatives LLC | Clean Energy Authority | Clean Energy Collective |
| Clean Energy Collective, LLC | Clean Energy Concepts | Clean Energy Design |
| Clean Energy Design LLC | Clean Energy Experts | Clean Energy Innovators LLC |
| Clean Energy Solar | Clean Energy Solutions | Clean Solar |
| Cleaner NRG | Cleantech Energy Solutions | Clear Home |
| Clear Horizon LLC | Clear Satellite | Clear Solar Company |
| Clear Solar Energy | Clearview Home Energy Solutions | Clearway Energy Group |
| Cleveland Solar & Wind | Climax Solar | Cloud Solar Energy Solutions |
| Cloud Solar Energy Solutions LLC | Club Solar | CM Solar Electric |
| CMI Solar & Electric | CMI Solar Electric Inc. | CNE Services LLC |
| CNY Solar Inc. | Coast Design & Build | Coastal ICF Sunfarm Energy |
| Coastal Roofing & Solar | Coastal Solar | Coastal Solar Power Company |
| Coastal Solar Solutions | Code Green Solar | Code25 |

Complete Resources Building and Repair Inc. | Complete Solar Solution | Concept Solar Co.
ConEdison Solutions | Conergy | Conley Sheet Metal Works Inc.
Connect Plus | Connected Power Systems LLC | Connecticut Sun and Power LLC
Connecting the Dots | Connector Electric | Conserva Solar
Conservation Solutions LLC | Consolidated Solar Technologies | Constant Energy Source
Consumer Energy Advocates | Contactability | Contractor Connect LLC
Contractors Electrical Service | Contractors Referral Services LLC | Conundrum Technologies
Convergence Energy LLC | Cooler Planet | CoreFusionSolar
COREnrg | Cornett Roofing | Coronado Solar Installations
Cory Lock | Cosmic Solar | Cosmic Solar Inc.
Cox Energy America | CP Electric | CPSI Solar
Craftmasters General Contractors Inc. | Creatief Inc. | Creative Energies
Creative Solar USA | Crediquest – SDS | Crius Energy
Crius Solar | Cross River Solar | Crossfire Marketing
Crown Solar Electric | CSI Sun | CSI&E
CSS Construction | CT Solar Services | Current Home
Current Installation LLC | Custom Choice Energy | Custom Media
Custom Solar | Custom Solar and Leisure LLC | Customer Service Center LLC
Cypress Creek Renewables

## D

D & M Alternative Energy | D & R Energy Services Inc. | D&M Energy Alternative
D&W Technologies | Dade Networking LLC | Dale Thalhofer
Dale's Remodeling | Dan Ridlinghafer | Dan Warren
Daniel Day | Daniel Mulvenna | Darcey Barrus
Darin Dowd Jr. | Dave Bengal | David Boyle
David Gonzales | David Jensen (Verengo) | Davis Electric
Day and Night Solar | Daybreak Solar Power LLC | Daylight Power Company LLC
DBR Electric | DC Solar Integrators | De Freitas Construction
DEC Solar Electric | Dennis Aguada | Department of Green Energy
DEPCOM Power | Dependable Solar Products Inc. | Derek Pacheco
Desert Solar Designs | Desert Sun Power LLC | Design Technics
Devin Villa | DFW Solar Electric | Digital Lead Lab
Direct Connect Solar & Electric LLC | Direct Energy Solar | Direct Energy Solutions
Direct Protect Security | Direct Solar Inc. | Direct Solar LLC

**SunValue**

Home      About      How it Works      News              Get Started
         FAQ       Contact Us

DKD Energy                    Dkirect Building Supplies        DKO Enterprises
DMI Partners                  DNJ Home Imporovement            Don Crawford
                              Consultants, Inc
Don Shearer                   Donley Service Center            Dorsey Christina III
Douglas Doherty               Dovetail Solar                   Dovetail Solar and Wind
Down to Earth Solar           DPS - ePath Media                DPS - LeadPoint
DPS – ePath Media             DPS – LeadPoint                  Dream Home Remodeling
Dream Solar                   Dream Team Enterprises           Driven Solar
DRMICROGRID, LLC              Dubco Solar                      Durango Solar
Durango Solar Works           Dvinci                           Dvinci Solar
Dwell Tek LLC                 DX Tech Energy Systems LLC       Dylan Jones
Dyna Tech Power, Inc. instead of   Dynamic Energy Solutions LLC
Planetary Systems Inc.

E

E & E Electric LLC            E2 Solar                         Earth and Air Technologies LLC
Earth Electric                Earth Energy Innovations         Earth Energy Unlimited
Earth First Solar             Earthcrib                        Eastern Energy Services
Eastern Energy Systems        Eastern Massachusetts Solar      Eastern Plains Solar & Wind
                              Store
EastWest Solar LLC            Easy Energy                      EBR Energy Corporation
Eburg Solar                   EC Power                         Echelon Solar
Echo Living LLC               Eclipse Energy LLC               Eco 360 Solutions
Eco Depot                     Eco Depot Inc.                   Eco Depot USA
Eco Estates                   Eco Planet Home                  Eco Planet Solar
Eco Solar & Electric          Eco Solar Solutions              Eco Solar Solutions LLC
Eco-Friendly Contracting LLC  Ecobilt Energy Systems           Ecofour LLC
Ecohouse LLC                  Ecolibrium                       Ecological Energy Systems
Ecological Energy Systems LLC Ecolution Energy                 EcoMark Solar
Ecomark Solar LLC             Ecomen Solar                     Econcentric
Economic Energy Solutions     Econstruction                    EcoRev
EcoSmart Home Services        Ecotech Energy Systems LLC       Ecovision Electric
ECS                           ECS Solar                        Edge Energy
Edison Power and Lighting     Edison Solar                     EDJ Solar
Edlab LTD                     Educa Products                   EEE Consulting
Efficiency Solar Energy       Efficient Energy Concepts        Efficient Energy Consultants
Efficient Home Construction   Efficient Home Services          Efficient Solar Services
El Paso Green Energies LLC    Elbac Solar                      Electric Connection Solar
Electricare & Inland Solar Center   Elektron Solar             Element Power Systems Inc
division of Electricare and Sun Is

SUNRUN-CB-00043

**Sun**Value        Home        About        How it Works        News        Get Started
                                 FAQ         Contact Us

| | | |
|---|---|---|
| Emergent Solar | Empire Energy Consultants | Empower Solar Store |
| EMS Contracting Corp | EMT Renewables | Enable Energy |
| Enchanted Solar | Encon | Encor Solar |
| Endless Mountain Solar (John) | Endless Mtn Solar Services | Endlessmountainsolar |
| EnergeiaWorks | Energy 1 | Energy Advantage Roofing and Solar |
| Energy By Choice | Energy by Choice | Energy By Synergy |
| Energy Concepts | Energy Concepts Inc. | Energy Conservation Solutions |
| Energy Consultants Group LLC | Energy Design | Energy Efficiencies Group |
| Energy Efficiencies LLC | Energy Engineering Technology | Energy Environmental Corporation |
| Energy Geeks | Energy in Life LLc | Energy Independence Group |
| Energy Independent Solutions | Energy Management Inc. | Energy Master |
| Energy Miser Group | Energy One Corp | Energy One LLC |
| Energy One Solar | Energy Pro Solar | Energy Professional |
| Energy Remodeling | Energy Remodeling Inc. | Energy Renovation Center |
| Energy Saving Pros | Energy Savings USA | Energy Shop |
| Energy Smart | Energy Solutions | Energy Solutions By Total |
| Energy Solutions Direct | Energy Solutions Group | Energy Squared |
| Energy Unlimited LLC | Energy Wise New York | Energy Wize LLC |
| EnergyPal | EnergyPro LLC | Energywise Solar |
| Energywize LLC | EnerSaas | Enertech |
| Enertek | Engineered Solar | Engineered Solar & MEP Systems |
| Enhance Home Solutions | Enlighten Power Solutions | Enlyten Energy |
| Enos Buiniess Enterprises LLC | Enos Henry | Enphase Energy |
| Ensolar | Entero Energy | Enver Energy |
| Envi Energy Experts | Envinity Inc. | Enviroedge Inc. |
| Envirohome LLC | Environmental Heating Solutions LLC | Environome Solar |
| Envirosolar Power | EnviSmart | Epcon Solar |
| Epic Energy | Epic Smart Security | Equinox Solar |
| Erick Casillan | Erik Doak | Erus Energy |
| Esco Solar Energy | ESI | Et Solar Inc. |
| ETH Inspections & Construction | Ethosolar | ETI Services |
| Euclid Energy Performance Contractors | Euro Cal Construction | EV Solar Products Inc. |
| Evan Esposito Solar Consulting | Evelar Solar | Evergreen Energy |
| Evergreen Home Exteriors | Evergreen Solar Servcies | Evergreen Solar Solutions |
| Everguard Roofing & Solar | Everlast Home Energy Solutions | Everything Solar |
| EWB Alternative Energy Systems | Exact Solar | Excel Construction Group |
| Excel Electric Inc. | Excel Home Solar | Executive Electric LLC |

SUNRUN-CB-00044

SunValue

Home   About   How it Works   News   Get Started
FAQ   Contact Us

## F

| | | |
|---|---|---|
| F.P.S. The Solar Specialist | Facilitylogic | Fafco Solar |
| Fafco Solar Energy | Fast Track Marketing | Felix Nwokolo |
| Felix Nwokolo (Sun Tech Solar) | Fenestra Solar | Ferrara Electric |
| Ferrin's Air Force | Ferrin's Air Force | Fidelity Home Energy |
| Fields of Leads | Fire Mountain Solar | Fire Mountain Solar LLC |
| Firefly Energy | First Light Solar | First National Solar, LLC |
| First Power and Light | First Solar | First Solar Team |
| First Source Solar Systems | First Texas Solar | Fisher Electric and Solar |
| Fisher Renewables | Five Star Solar | Flatiron Solar |
| Flatiron Solar LLC | Flonsdale Brown | Florida Energy Water & Air Inc |
| Florida Home Improvement Associates | Florida Pool Heating Inc. | Florida Power |
| Florida Power Services "The Solar Power Company | Florida Solar Design Group | Florida Solar Energy Center |
| Florida Solar Guru | Florida Solar One | Florida Solar Power Company |
| Florida Solar Solutions Direct | Flow Media | Fluent Solar |
| Foothills Energy Solutions | Fordin Francois | Foremost Solar |
| Forever Green | Forever Green Marketing LLC | Forrest Anderson Plumbing |
| Fort Knocks LLC | Fountain Valley Electric | Fountain Valley Electrical |
| Fourth Coast Inc. | Frase Electric LLC | Frederickson Electric Inc. |
| Free Energy Systems | Freedom Air & Insulation | Freedom Energy |
| Freedom Forever | Freedom Power Solutions | Freedom Solar |
| Freedom Solar Power, LLC | FreeVolt NV | Fresh Yellow Solutions |
| Friends Solar LLC | Fritts Solar Company | Full Spectrum Solar |
| Fusion Solar | Future Array LLC | Future Energy Solar |
| Fuzion Solar | | |

## G

SUNRUN-CB-00045

| | | |
|---|---|---|
| Generation 819 | Generational Energy | Genesis Concepts |
| Genesis Power Systems | Genesis Solar | Geneva |
| GenPro Energy Solutions | GenRenew | Genuine Solar |
| Geonomic Developments | Geopeak Energy LLC | George Sowers |
| George Sparks Inc | Georgia Building Analysis LLC | Georgia Solar Power Company |
| Georgia Solar Power Group | Geoscape Solar | Geostellar |
| Gerald Wilson | Gerry Pontones | Get Engaged Inc |
| Get Natural Energy Wind & Solar LLC | Gettysburg Solar LLC | GGE Solar |
| GH Solar | Giant Partners | Gibbs Electric |
| Gina Howell | Global Energy | Global Green Energy |
| Global Solar Energy | Glow | Glyde Solar |
| GNRG, Inc | Go Data Services – DMB | Go Data Services – LCN |
| Go Green 4 Power | Go Green DIY | GO Simple Solar |
| Go Solar | Go Solar & Save | Go Solar Group |
| Go Solar Inc. | Go Solar Now | GoGreen Solar |
| GoGreenTexas | Going Green Solar | Going Green Solar, LLC |
| Gold Rush Energy Solutions | Golden Gate Power | Golden Solar |
| Golden State Biotech | Golden State Power | Golden West Energy |
| Gone Green Technologies | Good 3nergy | Good Electric Inc. |
| Good Faith Energy | Gordon Chrichlow | Got Leads |
| Got Sun Energy | GOYO Media | Granite Bay Energy |
| Grant Young | Grassfield Plumbing Inc. | Great Brook Solar |
| Great Brook Solar NRG LLC | Great Brook Solar NRG, LLC | Great Lakes Renewable Energy |
| Greeenlight Solar and Roofing | Greempire | Green & Solar Works |
| Green Air | Green Audit USA | Green Brilliance |
| Green City Solar | Green Conception | Green Conception, Inc. |
| Green Construction Service | Green Dragon Solar | Green Earth Energy |
| Green Electric Solar Solutions | Green Energy | Green Energy Associates |
| Green Energy Experts | Green Energy Group | Green Energy Products LLC |
| Green Energy Shield | Green Energy Systems | Green Energy Team |
| Green Engineering Solar | Green Essex Solar | Green Field Energy Solutions |
| Green Fuel Technologies | Green Guy Solutions | Green Home Improvements Plus |
| Green Home Systems | Green Horizons Wind | Green House Solar |
| Green Life Technologies, Inc. | Green Light Energy | Green Minded Solar |
| Green Planet Solutions | Green Power Energy | Green Power Systems Inc. |
| Green Power Works Inc. | Green Roots Electric LLC | Green Solar Technologies |
| Green Source Energy | Green Spring Energy | Green Spring Energy (NC) |
| Green Star Power | Green State Power | Green Store |
| Green Stream Finance | Green Street Solar Power | Green Sun Energy Services |
| Green Wise Energy | Green2Power | Greenbacker Renewable Energy Company |
| Greenbelt Solar LLC | GreenBrillance LLC | Greene Tech Renewable Energy |

**SunValue**

Home    About    How it Works    News    Get Started
FAQ    Contact Us

Greenspring Energy (aka Radcliff)    Greenstone Solar    Greentech Solar GPA
Greenvole Energy    Greenwire Systems    Greenworks Energy
Gregory Penn    Greyrock Digital Ventures LLC    Grid Alternatives
Grid City Energy    Grid Freedom, LLC    Grim Global
Guardian Services    Guardian Solar    Guerrera & Sons Electric Inc.
Gulf Electrical Services LLC    Gulf South Electric & Solar    Gulf South Solar LLC
Gunthers Inc    GWA International

## H

H&H Solar Energy Services    H2Sunlight    Haleakala Solar
Halo Energy    Halo Energy, LLC    Hannah Solar
Hannah Solar LLC    Harmon Solar    Harmony Solar
Harrison Electric    Harsh    Harvest Power LLC
Harvest Solar and Wind Power    HauteProspects    Havasu Solar
Hawaii Energy Smart LLC    Hawaiian Island Solar    Hawaiian Island Solar Inc.
Hawaiian Power    Healthy Homes America    Healthy Homes America Inc
Heat Wave Solar    Hector Lara    Hedgehog Electric
HelioPower    HelioPower Inc.    Heliotropic Technologies
Herca Solar    HES    Hesolar LLC
Hi Desert Industrial Electric    Hickory Ridge Solar    High Altitude Marketing
High Definition Solar    Highlight Solar    Hipermediostech
Hire Electric Inc. Solar Division    HK Flavors Limited    HMP Constructors LLC
Hoffman Consulting    Home Energy Concepts    Home Energy Conservation
Home Energy Experts    Home Energy LLC    Home Energy Upgrades
Home Improvement Leads    Home Networks    Home Security Advisors
Home Security Team    Home Services    Home Star Solar Solutions
Home360 Property Solutions    HomeAdvisor    HomeBulletin.net
HomeHelpers.co    Homelink LLC    HomeSolarUS.com
Honey Electric Solar Inc.    Honeycomb Solar    Horizon Construction
Horizon Energy    Horizon Solar    Horizon Solar LLC
Horizon Solar Power    Horizon Solar Power - Spectrum    Hoskins International LLC
Hosted Offer Unsubscribes    Hot Purple Energy    Hotwire Electric Corp.
Housing Construction Inc.    Housing Creativity    HSC Solar
HSC Solar, Inc    Hudson Solar    Hudson Valley Solar
Human Solar    Hummingbird Electric    Humphrey & Associates Inc.
Hurricane Heroes    Hydrox Technologies    Hyperion Solar Energy
Hytech Solar

SUNRUN-CB-00047

SunValue    Home    About    How it Works    News    Get Started
                    FAQ      Contact Us

| | | |
|---|---|---|
| I-Group Renewable Incorporated | I-Group Renewable Incorporated & | I-Group Renewable Incorporated & The Institute of Computer Aided Design and Drafting (ICADD International) |
| I-Mortgage | I.N.O. Electrical Service Inc. | Icon Solar |
| IES Solar | IET Solar | iGroup Renewables |
| IGS Solar | Ikonik Solar | iLegacy Insurance |
| Ilengoor Technologies | Illiana Power Corporation | Ilum Solar |
| Imacutech LLC | Impact Home & Energy, LLC | Impact Power |
| Impact Solar | Impact Target Marketing | Improve Home Services |
| improvehomeservices.com | Inboxed LLC | Independence Renewable Energy |
| Independent Power Corporation | Independent Power Systems | Independent Solar |
| Indicom Electric Company | Individual Power Solutions | Inerex LLC |
| Infinergy Wind & Solar of Central Texas | Infinergy Wind & Solar of NM | Infinergy Wind and Solar of Colorado |
| Infinite Energy | Infinity Solar Systems | Infinium Solar |
| Infy Marketing | Ingalls Inc. | Inland Electric |
| Innovated Dreams | Innovative Energy a.k.a. renewablepower.com | Innovative Energy Inc |
| Innovative Energy Inc. | Innovative Solar | Innovative Solar Inc. |
| Inovateus Solar | Insight Solar | Insurance Guide |
| Integrate Sun | Integrated Energy Concepts LLC | Integrated Solar Homes |
| Integrity Heating, AC & Solar | Integrity Solar | Integrity Solar Solutions |
| Intelisolar Constructions | Intermountain Wind & Solar | Inti Solar |
| Inty Solar LLC | Invertis Solar Systems | Ion Energy |
| ION Solar | Ion Solar LLC | Ion Solar Solutions |
| IQ Power | Island Pacific Energy | Island Power |
| Island Solar | Islandwide Solar | Isolar |
| Iwamoto Electric | Izun Energy | Izzy Ziane |

## J

| | | |
|---|---|---|
| J and R Solar Ventures LLC | J. Ranck Electric Inc. | J.D. Stratton Electric Inc. |
| J&m Phillips Electrical | Jake Dowd | Jam Solar |
| Jamar Power Systems | James Poe | Janet Lopez |
| Jason Chadwick | Jason Dye | Jason Obermiller |
| Jason Taylor | JB Solar Energy LLC | JBC Solar |
| JBS Solar and Wind | JC Mechanical | JD Custom Solar Installers |
| Jeff Langdon | Jeff Wakamaru | Jeremy Wicks |
| Jesus Espinosa | Jet Marketing Services LLC | Jhigar Patel |

SunValue

Home        About        How it Works        News        Get Started
             FAQ         Contact Us

Jon Paulisin                    Jordan Kunz                     Jordan Levent
Jorge Bahena                    Jorge Hernandez                 Joseph Derden III
Joseph Mikus                    Joseph Smith                    Joule Energy
JP Electric & Solar             JRB Solar Energy                Julie G. LLC
June Company Renewable          Just Do It Builders             Just Smart Solar
Energy
                                                                Just Smart Solar
Justin Senia                    JVC Energy

## K

Kahn Solar                      Kairos Media LLC                Kaitanna Solar, LLC
Kamtech Solar                   Kansas City Solar Solutions     Kapa Construction Company LLC
Kasey Kimbal                    Kasselman Solar                 Kate Donnelly
Kathy O'Neal                    Kawa Media                      KC Larson
Keith Hazle                     Kelechi Amadi                   Ken Schultz
Kenergy Solar                   Keola Hunt (Sun Edison Rep)     Kevin Farrell
Key Energy Solutions            Key Heating & Air Conditioning  Keystone Alternative Energy and
                                Inc.                            Technology
Keystone Renewable Energy       KGR LLC                         Khayree Jannah
Solutions
Kim & Wyatt Sales               Kin Home                        Kingdom Stacks
Kings Electric & AC             Kiss Electric                   Kiss Electric LLC
KNJ Real Estate LLC             Kopp Electric                   Kopp Electric Company
Kopp Solar                      Kota Energy Group               Kris Konstruction
Kurios                          Kurios Energy                   Kurt Johnsen Energy Systems
Kurt Killian                    Kuubix Energy Inc.              Kuykendall Solar
KV Solar Supply                 KW Management Inc.              KW Solar
KW Solar Solutions              KYFA Solar Energy

## L

SUNRUN-CB-00049

# Sun**Value**

Home     About     How it Works     News          Get Started
           FAQ     Contact Us

| | | |
|---|---|---|
| Lead Buddy | Lead Cactus | Lead Lab |
| Lead Vision | Leader Lead Services | Leadility |
| Leadmmatic | Leadrilla | Leads Barter, Inc. |
| Leads Plaza LLC | Leads Row | LeadVision, LLC |
| Leaf Solar Power | Leamy Electric Inc. | Leed Seed |
| Legend Builders | Legend Solar | Legend Solar (NV) |
| Len Jones | Lenape Solar LLC | Lender Daily |
| Lender411.com | Let's Make A Lead | Level One |
| Level Up Energy | Leverage Solar | Levi Hatch |
| Levi the Solar Guy | Levi Williams | Lexi Cain |
| LG Solar | LG TEST | LGCY Power |
| LHF Marketing Corp. | Libertas Solar and Electric LLC | Life Style Solar |
| Life Time Solar | Lifestyle Solar | Lifetime Solar |
| Light Wave Solar | Lightfire Partners | Lighthouse Solar |
| Lighthouse Solar Systems | Lighting Electric | LightPath Solar LLC |
| Lightspace Solar Electric | Lions Marketing | Liquid Lion |
| LJ Obenhauer | LL Media LLC | LL Media, LLC |
| Lloyd Mills Electric | Local Sun | Localrity |
| Lodi Services Heat | Lone Wolf Battery & Solar | Long Island Solar Solutions |
| Longhorn Solar | Longo Electric LLC | Louis Paulucci |
| LTRLED Lighting | Lucerne Pacific | Luke Cellucci |
| Luke Champlin | Luma Dynamics | Lumina Solar |
| Luminalt Solar Energy Solutions | Luminasun | LumiNation Home Energy |
| Luminous Solar | Lumos Solar | Lyfe Energy |

## M

| | | |
|---|---|---|
| M. T Ruhl Electrical Contracting | M&M Solar Consultants | M+S Electric |
| Mac Solar | Madan Contact Centers Corporation | Madison Ave Media |
| Magic Sun | Main Street Solar | Maine Guide Wind Power LLC |
| Majestic Son & Sons | Malek Service Company | Mannino Electric Inc. |
| Marcelino Media | Marco Campos | Mario Salazar |
| Mark Principe | Mark Solar Solution | Mark The Solar Expert |
| Marriott Dowden | Martifer Solar USA, Inc. | Martin Companies LLC |
| Martin Electric and Solar | Maryland Solar Solutions | Maryland Solar Solutions Inc. |
| Mass Renewables Inc. | Match Media Group | Matt Lane |
| Matt Lane (SC Rep) | Matt Walker | Matthew Calvin |
| Maui Pacific Solar | MaxGen Energy Services | Maximo Solar |
| Maximus Solar | Maximus Solar LLC | May Electric |

SunValue

Home        About        How it Works        News        Get Started
            FAQ          Contact Us

Metruk's Electrical Contracting Inc.        Mewcury Solar Systems        Michael Boden

Michael Cantellano        Michael D'Angelo        Michael Meyer

Michael W. Fink Electrical Inc.        Michele DeGeorge        Michigan Solar & Wind Power Solutions

Microgrid Energy        Microgrid Solar (Customer Service Center LLC)        Mid Peninsula Roofing

Mid-State Solar        Mid10 Marketing, LLC        Midamerica Solar

Midstate Renewable Energy Services        Midwest Marketing        Midwest Solar and Electric

Midwest Solar Power        Midwest Solar Power LLC        Midwest Wind and Solar LLC

Mikhail Gusar        Milectra Inc.        Milestone Solar

Milestone Solar Consultants        Milholland Electric Inc        Millennium 3 Energy

Mint Solar        Mission valley Roofing Inc        Mississippi Solar LLC

Missouri Solar Applications        Missouri Solar Solutions        Missouri Sun Solar

Missouri Valley Renewable Energy        Modern Brokers of America        Modern Environmental

Modernize        Modernize Partners        Moe Rashed

Mohr Power        Molly Loomis        Momentum Solar

Montes Electric        Moore Energy        Moore Energy LLC

Morgan and Morgan Solar        Mother Nature Solar        Motive Solar Energy

Mountain View Solar & Wind        Mountaintop Greene Clean Energy        Moxie Solar

MPYR        Mr Build Home Improvement        Mr Electric of Sonora

Mr. Central Home Services        Mr. Electric of Sonora        Mr. Solar

Mr. Sun Solar a Neil Kelly Co.        Mr. Sunshine Solar LLC        MS Electric

Msconco        Muth & Sons Pluming Inc. 5th Generation Plumbers        MxV Connections

My Own Power        My Smarthouse        My Solar Partner

MyMedsFree.com        Mynt Solar        Myo Group

## N

Namaste Solar        Narenco        Nate Crook

Nathaniel Reed        Nation One Capital        National Security Alarms

NationalHomeProject        Nationwide Solar        Nationwize Solar

Native        Natural Energy        Natural energy USA

Navin Jain        NC Solar Now        NCIS Energy

Neil Patel        Neo Q Consulting LLC        Neo Solar Store

NERD Power        Nergy Solutions        NESL-USA

Net Electric & Solar        Net Zero Energy Homes        New Century Electric & Solar

SUNRUN-CB-00051

| | | |
|---|---|---|
| New Mexico Roofing Professionals | New Power | New Solar Inc. |
| New Sun Energies | New Wave Solar Energy LLC | New York Power Solutions |
| New York State Solar Fram | Newkirk Electric Associates Inc. | Newport Solar |
| Newstar Solar | NexGen Construction | Next Energy Solution Inc. |
| Next Generation Alternative Energy | Next Step Energy | Next Step Living |
| NextEra Energy Resources | Nexus Solar | Nicholas Gianatiempo (Vivint) |
| Nick Klinzing | Nick Moffatt | Nippon Energy Inc. |
| NJ Solar Now | NJ Solar Power LLC | NM Solar Group |
| NOA | Noah Mattson | Noble Contractors |
| Nor Cal Solar Power | Nor Cal Solar Services | Nortex Solar |
| North American Board of Certified Energy Practioners | North Shore Solar & Wind Power | North Star Solar Bears |
| Northeast Project Solutions | Northeast Solar & Wind | Northeast Solar & Wind Power LLC |
| Northeastern Resources | Northern Electric Inc. | Northshore Solar LLC |
| Northtek Services LLC | Northwest Electric & Solar | Northwest Exteriors |
| Northwest Mechanical | Nova Solar | Nova West Solar |
| Now Energy | Now Energy LLC | NRG Clean Power |
| NRG Cleanpower | NRG Energy | NRG Heating and Air Conditioning, Inc |
| NRG Residential Solar Solutions LLC | NRG Residential Solar System | Nu Look Home Design |
| Nuera Solar | Nuvision Energy Solutions Inc | NuWatt Energy |

## O

| | | |
|---|---|---|
| O'Bryan Software Development, LLC | Oak Electric Service Inc. | Oasis Montana Inc. |
| Obasun Corp. | Obsidian Solar | Occidental Power |
| Ohio Power Solutions | Ohio Solar Electric LLC | Ohio Solar Solutions |
| Okefenokee Solar Inc. | Okie Solar | On Point All Services |
| On Point LLC | One Block Off the Grid | One Roof Energy |
| One Roof Energy (Nahass) | One Way Electric | One Way Solar |
| OneRoof Energy | Oneworld Sustainable | OnForce Solar |
| Only American Solar | Onyx Renewable Partners | Open Sky Energy |
| Opportunity Debt Management | Optical Energy Technologies | Optimal Green Solutions |
| Optimize Solar Solutions | Option One Solar | Options 4 Solar LLC |
| Orbit Energy | Otis Production LLC | |

SUNRUN-CB-00052

SunValue    Home    About    How it Works    News    Get Started
                     FAQ     Contact Us

| | | |
|---|---|---|
| P.A. Michael Solar Electrical Systems | P.E.G. Solar | P&A Marketing Enterprises |
| P3 Integration | Pac West Eco | Pacific Electrical Contractors |
| Pacific Energy | Pacific Energy Coalition | Pacific Energy Company |
| Pacific Green Energy | Pacific Green Homes | Pacific Northwest Electric |
| Pacific Pro Solar | Pacific Sky Solar | Pacific Solar & Rain |
| Pacific Solar Projects | Pacific West Solar | PacificSky Solar LLC |
| PacWest Power | Palmer Electric Technology Energy Services Inc.(P.E.T.E.S.) | Palmetto Solar, LLC |
| Palmetto State Solar | Panel Power | PaperLeaf Media, LLC |
| Paradise Energy Solutions | Paradyme | Paradyme Marketing LLC |
| Paramount Equity Solar | Paramount Equity Solar (PS-Partners) | Park Avenue Construction |
| Passive Power | Patrick Balahar | Patrick Morrison |
| Patriot Energy Solutions | Patriot Solar Energy Inc. | Patriotic Power Solutions |
| Paul Chojnacky | Pck My Solar | Peace and Solar |
| Peak Power Solutions | Peak Power USA | Peak Solar |
| Pear Credit | Pearl Distributed Energy | Pearltronix |
| Penili Pulotu | Penn Solar Systems LLC | Penny Pinching Electric (SCP Solar) |
| Penobscot Solar Design | Pep Solar | Performance Solar |
| Perk Solar | Perkett Solar | PermaCity |
| Perseis Solar | Persistence AI | Peter Arroyo |
| Peter Tabrisy | PetersenDean Roofing & Solar | PetersonDean |
| Petrick Electric | PH Renewables | Phase Logic Inc. |
| Phat Energy | Phazer Electric | Phillips Electrical Systems Inc. |
| Phoenix Clean Energy | Phoenix Energy Productså», LLC DBA PEP Solar | Phoenix Environmental Inc. |
| Phoenix Home Performance | Phoenix Power | Phoenix Solar Specialists |
| Phoenixlink | Photon Solar | Photon Solar Construction |
| Pickett Solar | Picture City Solar Power | Picture Perfect Windows & Doors |
| Pinnacle Energy Solutions | Pinnacle Exteriors | Pinnacle Publishers LLC |
| Pioneer Solar | Pipkin Electric Inc. | Pittsburgh Solar Works |
| Plan It Sierra Solar | Plan It Solar | Planet Solar |
| Planet Solar Inc. | Planet Solar Solutions LLC | Planetary Systems, Inc. |
| Plasmid Media | Platinum Solar | Pleroma Solar |
| Plug It In Solar | Plymouth Area Renewable Energy Initiative | Poco Solar |
| Polar Wire & Renewable Energy Systems | Polestar | Poly Energy LLC |
| Poncho's Solar Service | PosiGen | Positive Energy |
| Positive Energy Solar | Positive Energy Solar LLC | Positive Energy Solution |
| Positive Synergy | Poulin Solar Pro | Powell Energy & Solar |

Sun**Value**

Home          About          How it Works          News          Get Started
                FAQ          Contact Us

| | | |
|---|---|---|
| Power Trip Energy Corp | Power Up Solar LLC | Powered by Sunlight |
| Powered by the People | Powerfully Green | Powerhouse Systems |
| PowerLutions Solar | Powers Marketing Group | PowerSecure Solar |
| Powershift Solar | PowerShift Solar LLC | Powersource Energy Management LLC |
| Powerville Energy, Inc. | Powur Solar | PPC Solar |
| PPM Solar | Prairie Solar Power and Light | Praxis Solar Inc. |
| Precis Solar | Precision Remodeling | Precision Tech |
| Precision Tech Electric LLC | Premier Energy Solutions | Premier Power |
| Premier Renewables | Premier Solar Solutions | Prestige Solar |
| Primary Wave Alliance | Prime Home Solutions | Prime Solar Power |
| Princeton Power Systmes | Prisim Solar Technologies | Pristine Media Group LLC |
| Private Energy Informational Fund | Pro Electric | Pro Solar Hawaii |
| Pro Solar SC | ProCustom Solar | Professional Electrical Services |
| Progressive Energy Solutions | Progressive Power Group | Project Eco |
| Prometheus Solar | Prosolar Hawaii | ProSolarHawaii |
| Prospect Agents LLC. | Protech Solar | PSG Construction |
| Puget Sound Solar | Pur Solar & Electrical | Pure Energy |
| Pure Energy Solar | Pure Energy Systems | Pure Point Energy |
| PURE Solar LLC | Pure Solar MD | Purfied Leads LLC |
| Purple Dog Marketing LLC | Purple Foot Solar | PV Experts |
| PV Pros | PV Squared | Pyrus Energy |

## Q

| | | |
|---|---|---|
| QA Setters | Qualify Medicare | Quality First Home |
| Quality Home Renovators | Quality Home Services | Quality Solar |
| Quality Solar and Wentworth Construction | Quality Solar Solutions | Qualsight |
| Quantum Energized | Quentin Keating | Quest Solar |
| Quick Home Fix Service | Quick Solar Systems | Quinstreet |
| Quotefire | | |

## R

| | | |
|---|---|---|
| R & B Quality Electric | RA Tech Solar | Racontacthub |

SUNRUN-CB-00054

# Sun**Value**

Home    About    How it Works    News    ( Get Started )
FAQ    Contact Us

| | | |
|---|---|---|
| RateMarketPlace | Rave Energy | Rave Solar |
| Ray Holmes | Ray Holmes Brevard Solar Rep) | Ray Woods |
| Rayah Power Integration | Rayah Solar | Rayosun |
| Rayosun LLC | Raywell Solar | RB Developing Group |
| RC Building Maintenance | RC Construction Solar | RCC Solar |
| RCL Solar | RE Pierro Solar | Ready Construction & Electric |
| Real Earth Power LLC | Real Good Solar | Real Goods Solar |
| Reborne Solar | REC Solar | REC Solar Inc. |
| Redding Solar Solutions | Redline Electric Company | Redstone Solar |
| Reech Solar Enterprise | Referral Design | Refresh Remodeling LLC |
| Region Solar | Regis Electric | Rehab Solar |
| Reknew Energy Systems Inc. | Relay Power | Reliable Power and Solar |
| Reliable Power and Solar – Darren | Reliant LLC | Reliant USA LLC |
| Remote Power Systems | Renew Energy Group | Renewable Energy Electric |
| Renewable Energy for PA | Renewable Energy Resource Associates LLC | Renewable Energy Services |
| Renewable Energy Solutions | Renewable Energy Suply | Renewable Energy Systems LLC |
| Renewable Energy UT | Renewable Resources | Renewable Resources inc |
| Renewable Restoration & Roofing | Renewable Rochester | Renewing Energy |
| Renogy | Renova Energy Corp | Renu Building & Energy Solutions |
| Renu Energy | Reply | Repower Orange |
| Repower Solutions | Repower South San Jose | Resource Energy LLC |
| Resource Marketing - Data | Resource Marketing Corp | Resource Marketing Corp. |
| Responsible Solar | Revco Solar | ReVision |
| ReVision Energy | Revision Energy LLC | RevoluSun |
| Revolution Solar | Revolutionary Solar | Revolve Solar |
| Rew Solar USA | Rex Direct | RGR Marketing |
| RGS Energy | RI Solar Solutions | Richard Dill DBA Green Country Solar |
| Richart Builders | Risen Solutions LLC | Rising Sun Solar / DUPLICATE |
| Rising Sun Solar Electric LLC | RisingSun Solar | Rite Fast Construction |
| Riverland Solar LLC | Riverside Renewable Energy | Rivus Energy |
| RMBA, LLC | Robert Cossey | Rochester Solar Technologies a Division of O'Connell Electric |
| Rocket Solar | Rocky Mountain Solar & Wind | Rocky Mountain Solar and Wind |
| Rodda Electric and Solar | Roland Parker | Ronco Solar |
| Ronnie Brevet | Roof Diagnostics | Rooftop Solar |
| Rosenberry's Electric | Ross Solar Group | RPL Plumbing |
| RS Energy | Ruben Ozaeta | Run on Sun |
| Running Electric | RVNU | RXSun |

# Sun**Value**

Home     About     How it Works     News     Get Started
FAQ     Contact Us

S

SUNRUN-CB-00056

# Sun**Value**

Home    About    How it Works    News         Get Started
          FAQ      Contact Us

| | | |
|---|---|---|
| Save A Lot Solar | Save Green Energy | Saveco Solar |
| SavOn Solar | Sawmill Solar Electric | SBDH Solar |
| SBM Solar | SBS Solar LLC | SC Clean Energy |
| SC REC | Scale Microgrid Solutions | SCP Solar |
| Screw Solar | Scudder Solar | SDI Solar Inc |
| SE Solar | Sea Bright Solar | Seal Energy Solutions |
| Sean Sharkey | SEC | Secco Inc. |
| Second Generation Energy | See Real Goods Solar above /Alteris Renewables Inc. | See Systems |
| SEL Construction | Select Solar LLC | Semper Solaris |
| Service 1st Energy Solutions | Services | Set Up My Solar |
| SFE Solar Energy, Inc. | SGEPower | Shaughnessy Contracting Inc. |
| Shekinah Solar | Sheldon Solo | SHI South |
| Shift Energy Group | Shinnova Solar | Shippe Solar & Construction |
| Shockoe Solar LLC | Shor Construction | Shoreline Electric |
| ShurFire Solar | ShurFire Solar - Data | Shurfire Solar Power |
| Sicuranza Electric | Siemens Industry Inc. | Sierra Pacific Home and Comfort |
| Sierra Pacific Solar | Sierra Solar Systems & Plan It Solar | Signature Solar |
| Sigora Solar | Silver Electric and Solar | Silverline Builders |
| Silverwood Energy | Simple Energy LLC | Simple Energy Works |
| Simple Solar | Simply Solar California | SKY Builders and Construction |
| Sky Cell Solar | SKY Construction & Engineering, Inc. | Sky Construction Engineering Inc. |
| Sky Energy | Sky Energy Home Solutions | Sky High Energy |
| Sky Industries Inc. | Sky Mountain Power | Skyline Solar |
| Skytech Solar | Slingshot Power | Smart City SC |
| Smart Energy Direct | Smart Energy Experts | Smart Energy Hawaii |
| Smart Energy Solar | Smart Energy Solar, Inc. | Smart Energy Today |
| Smart Environmental | Smart Green Solar | Smart Home Innovations |
| Smart NRG | Smart Owl Solar | Smart Roofs Solar |
| Smart Solar | Smart Solar Construction of California | Smart Solar Marketing |
| Smart Source Energy Lake Land | SmartHome Solutions | Smith Sustainable Design |
| SMP Energy | smuckers energy | Snowy Range Renewable Energy LLC |
| So-Cal Solar | Soenso Solar Energy | Sol Luna Solar |
| Sol Power | Sol Power Construction, Inc. | Sol Power Solutions |
| Sol Systems | Sol Technologies LLC | Sol-Arc Inc. |
| Sol-Fusion | Sol-Up USA | Sol-Up USA, LLC |
| Solagex America | Solar | Solar & Wind FX Inc. |
| Solar 123 Construction | Solar 2000 | Solar 360 |
| Solar Advantage | Solar Advantage Solcius | Solar Age |

SUNRUN-CB-00057

# Sun**Value**

Home       About       How it Works       News         Get Started
            FAQ         Contact Us

| | | |
|---|---|---|
| Solar by Sun Power | Solar by Weller | Solar Center |
| Solar Cents | Solar Century | Solar CEO & Construction |
| Solar Chief | Solar Choice USA | Solar City |
| Solar Community | Solar Concept Solutions | Solar Concepts |
| Solar Connections | Solar Connexion | Solar Day |
| Solar Design Inc. | Solar Design Studio | Solar Design Tech LLC |
| Solar Direct | Solar Direct Marketing | Solar Direct Online |
| Solar Elecctric Texas | Solar Electric Works | Solar Electrical Corporation |
| Solar Eligibility Service | Solar Energy Access LLC | Solar Energy Connection |
| Solar Energy Consultants Inc. | Solar Energy Consulting | Solar Energy Designs |
| Solar Energy Environments | Solar Energy Exchange Inc | Solar Energy Exchange Inc. |
| Solar Energy For You | Solar Energy Group | Solar Energy Labs Inc. |
| Solar Energy Management | Solar Energy Management LLC | Solar Energy NY |
| Solar Energy of Illinois Inc. | Solar Energy Partners | Solar Energy Services Inc. |
| Solar Energy Solutions | Solar Energy Solutions LLC | Solar Energy Systems |
| Solar Energy Systems LLC | Solar Energy Systems of Brevard | Solar Energy USA |
| Solar Energy Vets | Solar Energy Work | Solar Energy World |
| Solar Epiphany LLC | Solar Exchange LLC | Solar Exclusive LLC |
| Solar Express | Solar Fit | Solar Five |
| Solar Forward | Solar Fuel | Solar Gaines |
| Solar Greenergy | Solar Guys San Diego | Solar Heating Specialists |
| Solar Holler | Solar Home Company | Solar Home NJ |
| Solar Homes | Solar Horizons Construction | Solar Hub |
| Solar In America | Solar Innovations | Solar Liberty |
| Solar Lights & More | Solar Link | Solar Living |
| Solar Logic Systems Inc. | Solar Louisiana | Solar Marketers |
| Solar Marketing Solutions | Solar Mass | Solar Max FL |
| Solar Max Tech | Solar Me | Solar Media Team |
| Solar Mosaic | Solar Mountain Energy | Solar Nation |
| Solar NRG at Home | Solar Odyssey | Solar Optimum |
| Solar Panels of America | Solar Paperwork | Solar Planet |
| Solar Planet Electric | Solar Plexus LLC | Solar Plus Energy Pros |
| Solar Power Integrator | Solar Power Pros | Solar Power Rangers |
| Solar Power Systems | Solar Power World | Solar Powered Solutions L.L.C. |
| Solar Pro USA | Solar Pros AZ | Solar Quote |
| Solar Ray USA | Solar Ready Solutions | Solar Redi |
| Solar Research Group | Solar Reviews | Solar Revolution |
| Solar Revolution Erie | Solar Sale USA | Solar Savers |
| Solar Saves LLC | Solar Service Inc. | Solar Services |
| Solar Services Inc. | Solar Smart Energy | Solar Smart Living LLC |
| Solar Solution | Solar Solution AZ | Solar Solutions |
| Solar Solutions LLC | Solar Solutions LTD | Solar Solutions TX |

SUNRUN-CB-00058

Home    About    How it Works    News    Get Started
FAQ    Contact Us

| | | |
|---|---|---|
| Solar Team USA | Solar Tech Universal, LLC | Solar Technologies |
| Solar Technology Builders | Solar Today and Tomorrow | Solar Today Incorporated |
| Solar Topps | Solar Topps LLC | Solar Touche |
| Solar Universe | Solar USA | Solar Utah |
| Solar Valley | Solar Water Heaters of Hudson | Solar Wave |
| Solar Wind & Rain | Solar Wind Energy Systems | Solar Winds Northern Lights |
| Solar Works | Solar Works LLC | Solar Works Now |
| Solar Xchange | Solar Zone | Solar-Ray |
| Solar-Ray Inc. | Solar-Tec Systems | Solarbilt |
| SolarBuddy | Solarbysteven | Solarcentric LLC |
| Solarcentury | SolarCity | Solarcraft |
| Solardelphia | Solardyne | SolareAmerica |
| SolarEdge Technologies | SolarFused | Solaris Energy |
| Solaris Energy LLC | Solaris Technology Industry | Solarix LLC |
| Solarization Energy LLC | Solarize | SolarJoy |
| SolarLouisiana | Solarmarine LLC | SolarMax |
| SolarMax Technology | Solarmax Technology Inc | SolarMe |
| Solarology | Solarone Energy Group | Solarperfect, Inc. |
| Solarponics | Solarsmith LLC | SolarStar Energy (Charlotte) |
| SolarStar Energy (Wilmington) | Solartech Electric | SolarTech Universal |
| Solartek Systems USA | Solartime USA | Solartronics |
| Solarverse Advanced Solutions | Solarvolt | Solarwise |
| Solarworks LLC | Solarworks NJ | SolarWorld Americas LLC |
| SolarWorld-USA | Solaryna | Solaverde |
| SolaxMax Technology | Solcium Solar | Solcius |
| Sold Incorporated | Solean Energy | Soleco Solar |
| Solect Energy | Solectria Renewables | Solei Solar |
| Soleil Energy Systems | Solenrgi | Solero Solar |
| Solgen Power | Solmentum | Solnova |
| Solora Solar | Solratek | Solscient Energy |
| Solstice | Solstice Energy Solutions | Soltec EPC |
| Solterra Renewable Technologies | SolTerra Systems | Soltility |
| Solular | Solular Energy LLC | Soluxe Solar |
| Solza Power | Somni Services | Son Solar Systems LLC |
| Sonali Solar | Sonic Solar Energy | Sopris Solar |
| Sound Solar Systems LLC | South Carolina Solar | South Carolina Solar Power |
| South Coast Electric | South Coast Solar | South Coast Solar LLC |
| South Florida Energy Savers | South Sound Solar | South Texas Solar Systems |
| Southard Solar | Southeast Geothermal | Southeast Solar LLC |
| Southeastern Energy Corp | Southern Energy Management | Southern Light Solar |
| Southern Solar | Southern Solar & Electric Inc. | Southern Sunpower |

SUNRUN-CB-00059

**SunValue**

Home    About    How it Works    News    Get Started
        FAQ     Contact Us

| | | |
|---|---|---|
| Spectrum By Solar | Spectrum Energy | Spectrum Solar |
| Spectrum Solar Power LLC | Spencer Faggioni | SPM Wind Power LLC |
| Spring EQ | SPS Solar | SRC Solar |
| SRECTrade | Srinergy | SS Solar |
| St. Augustine Solar Energy LLC | Stability Solar | Standard Solar |
| Standard Solar Eastern Shore | Standard Solar Ridge and Valley Region | Stanton Electric |
| Stapleton Electric & Solar | Star Power Systems | Starfire Energy LLC |
| Starlight Solar | State Energy | Stelco Energy |
| Stelcor Energy | Stellar Roofing and Solar | Stellar Solar |
| Stellar Sun | Stephen Baker | Steve Basso Plumbing & Heating |
| Steve Beller | Steve Heiman | Steven Carpineta |
| Steven Jackson | Steven Manzur | Stewartstown Electrical Service LLC |
| Stillwater Agency | Stion Corporation | Stitt Energy Systems Inc. |
| Stoneacre Energy Solutions LLC | StoneTapert Insurance Services Inc | Straight Up Energy |
| StraightUp Solar | Strategic Solar Solutions | Strawberry Solar |
| Streamline Solar | Strong Solar Power | Stronghold Solar LLC |
| Structure Green | Structure-Green | Student Aid Institute |
| Sublime Solar | Sullivan Solar Power | Sullivans Solar Power |
| Summerlin Energy | Summerwind Solar | Summit Energy |
| Sun Aura Energy | Sun Blue Energy | Sun Bridge Solar |
| Sun City Solar Energy | Sun City Solar Energy - North Texas | Sun City Solar Energy – North Texas |
| Sun City Solar Energy of the Ozarks LLC | Sun City Solar Tech | Sun Commercial Solar |
| Sun Conure Solar LLC | Sun Directed | Sun Dollar Energy |
| Sun Dollar Energy LLC | Sun Downer Solar | Sun Drop Solar |
| Sun First Solar | Sun First Solar energy Solutions | Sun Harvest Renewable Resources LLC |
| Sun Harvest Solar | Sun Power | Sun Power by Infinity |
| Sun Power by Quality Home | Sun Pro Solar | Sun Pulse Solar |
| Sun Quest | Sun Rate Energy | Sun Ray Systems |
| Sun Run | Sun Sales United | Sun Shine Solar |
| Sun Smart Tech | Sun Solar Energy Systems | Sun Solar Life |
| Sun Solar US | Sun Source Electrical Contractors | Sun Source Energy |
| Sun Source Solar Brokers | Sun Standard LLC | Sun Up Zero Down |
| Sun Valley Solar Solutions LLC | Sun Vibe Solar Energy Consultants | Sun Wind Solutions |
| Sun Wizard Solar | Sun Works Solar Systems | Sun X Solar Systems |
| Sun-Tec | Sun-Tec Solar | Sun-Tech |

| | | |
|---|---|---|
| SunCity Solar Technology | Sunco Solar | SunCrew |
| Sundance Power Systems | Sundance Solar Designs LLC | Sundancer Energy LLC |
| Sundog Solar Store | Sundowner Solar | Sundurance Solar |
| Sunergy Construction | Sunergy Solar | Sunergy Systems |
| Sunetric | Sunetric DUPLICATE | Sunetric TRIPLICATE |
| Sunfinity Solar | Sunfusion Solar | Sungate Energy Solutions |
| Sungevity | SunGreen Systems | SunHarvest Solar |
| SunKey Energy | SunLife Power | Sunlife, Inc. |
| Sunlight Energy | Sunlight Financial | Sunlight Solar |
| Sunlight Solar (CO) | Sunlight Solar Energy | Sunlight Solar Energy Inc. |
| Sunlight Solar Systems | Sunlux | Sunlux Energy |
| Sunmaxx Solar | Sunmoney Solar LLC | Sunnerds |
| Sunnova | Sunny Energy | Sunny Energy 2 |
| Sunny Home Energy | Sunny Side Solar Energy LLC | Sunolar |
| Sunologi, Inc. | Sunology | SunOn Solar |
| SunOperative | SunPower | Sunpower by Energy Plus Solar |
| Sunpower by Esmay Electric | SunPower by Hooked on Solar | SunPower by PGT Solar |
| Sunpower by Solar Vast | SunPower by Sun Solar | SunPower Corp |
| SunPower Synergy | SunPro Solar | SunQuest Solar |
| Sunquest Solar, Inc. | SunRate Energy | SunRay Solar |
| Sunray Solar LLC | Sunrey Solar Energy | Sunrise Energy Concepts |
| Sunrise Energy Concepts Inc. | Sunrise Energy Solutions | Sunriversolar |
| Sunrock Solar | Sunrun | Sunrun Home |
| Sunrun Inc. | Suns Up Solar | Sunsaris |
| SunSave | Sunsense Inc. | SunShare |
| Sunshine Solar Sales Group | Sunshine State Solar Services LLC | SunSolar Solutions |
| SunSource Solar | Sunspot Comfort & Energy Solutions LLC | Sunspot Solar Energy Systems |
| Sunspot Solar Energy Systems LLC | Sunspot Solar LLC | Sunstar Energy LLC |
| SunStarter Solar Installation | Sunstore Solar | Sunstream Solar |
| SunStreet Energy Group | Sunsystem Solar | SunSystem Technology |
| Suntalk Solar | Suntech Power | Sunteck Solar Screening |
| Sunternal | Sunterra | Sunterra Solar |
| Suntricity | Suntrific | Suntuity |
| Suntuity Solar LLC | Sunupsolar | SunVena Solar |
| Sunversity Corp | SunVest Solar | Sunwork Renewable Energy Projects |
| Sunworks | SunWorks Solar Systems | Sunzyne |
| Supeior Solar Design LLC | Super Green Solutions | SuperGreen Solutions |
| SuperGreen Solutions of Charleston | SuperGreen Solutions of Oceanside | Superior Energy Resources LLC |

11/16/23, 2:03 PM
SunValue

SunValue

Home          About          How it Works          News          Get Started
                  FAQ           Contact Us

| | | Solutions |
| Sustainable Energy Developments | Sustainable Energy Services | Sustainable Energy Solutions LLC |
| Sustainable Energy Systems | Sustainable Engineering & Environmental Designs PLLC | Sustainable Solutions |
| Sustainable Solutions of Virginia | Sustainable Solutions Unlimited Inc. | Sustained Solar |
| Susten Corp-Energy & Environment | Swan Solar | Sway Solar |
| Sweetwater Energy Services | Switch Solutions | Synchro Solar |
| Syndicate Energy | Synergy Power | Synergy Power CA |
| Synthesis Energy Systems | Syntrol a Bianchi Company | Syntrol Plumbing |
| Syntrol Plumbing Heating and Air | Syntrol Plumbing, Heating, & Air | |

T

SUNRUN-CB-00062

SunValue        Home        About        How it Works        News        Get Started
                            FAQ          Contact Us

| | | |
|---|---|---|
| Telsa | Templin Consulting LLC | Tenco Solar |
| Tennessee Solar Solutions | Teo Solar | Tephra Solar |
| Terra Green Energy | TerraSol Energies | Terrence Rondon |
| Terrestrial Solar Survey LLC | Tesla Electrical Solutions | Texas Energy Experts |
| Texas Solar Juice | Texas Solar Outfitters LLC | Texas Wind and Solar Power |
| TG Electric LLC | Thames Solar Electric | That Solar Guy |
| The Energy Mill or new: 4 peaks solar. | The Energy Mill, LLC | The Energy Mill,. LLC |
| The Energy Outlet Inc. | The Energy Pro | The Good Guys LLC |
| The Institute of Compuer Aided Design and Drafting (ICADD International) | The Plumbing Service Co | The Plumbing Service Company |
| The Renewable Republic | The Solar Bros #2 | The Solar Company |
| The Solar Connection LLC | The Solar Exchange | The Solar Group |
| The Solar Guy | The Solar Place | The Solar Program |
| The Solar Stone | The Solar Store | The Son's Power |
| The Southern Quarter Inc. | The Sovereigns Depot | The Sun Connection |
| The Sun Is Yours | The Sun Works | The-Solar-Project.com |
| Therma Breeze Inc. | Third Sun Solar | Thirsty Lake Solar |
| Thomas Schmid (Vivint Solar Rep) | Thompson Solar | Threadpoint |
| Thrive Marketing | Thunder Solar LLC | Tick Tock Energy Inc. |
| Tier 1 Solar | Titan Solar | Titan Solar & Construction |
| Titan Solar & Remodeling | Titan Solar AZ | Titan Solar Power |
| TMI Solar | Todays Energy Store | Todd Cummings |
| Tom Norrell Your Solar Solutions | Total Energy Solutions | Towles Electric Inc. |
| Traffic Front Marketing | Traffic Panda | Transformations Inc. |
| Treeium | Tremelle Wiltz | Trent's A/C & Heating Inc. |
| Trent's A/C & Heating Inc. | Tri-State Solar and Wind Corp | Tri-State Solar Services |
| Triangle Electrical Systems | Trina Solar | Trinity Solar |
| TriSMART Solar | Tron Power Company | Tropical Solar Energy |
| Troy Yarborough | Tru Power Energy | True Blue Solar |
| True Energy Pros | True Home Solar | True Power Solar |
| True Renew Energy | True Renewable Energy | True Wealth Solutions |
| Trusource Energy | Trusted Consumer | Turnsol Energy |
| Tuuta Pulotu | Twin State Sun | Tyler Eggleston |
| Tyler William (Blue Raven) | Tyronn Timothy | |

U

SUNRUN-CB-00063

SunValue

Home     About     How it Works     News          Get Started
         FAQ      Contact Us

| | | |
|---|---|---|
| United 1 A&M Marketing | United Express Construction & | United Express Construction & Solar |
| Universal Solar America | Universal Solar Energy NJ – NY | Universal Solar Energy NJ – NY |
| Universal Solar Solutions | Universal Solar, Inc. | University of Indpendence |
| Unleash Solar Inc. | Unleash Solar, LLC | Unlimited Renewable Energies |
| Unlimited Solar | Up High LLC | Upshot Energy Corporation |
| Upslope Solar | Upstate Alternative Energy | Upstate Solar |
| Upstate Solar LLC | Urban Design Solar | Urban Green Energy |
| Urban Grid | Urban Solar | Urban Solar Group |
| US Energy Solutions | US Marketing Group | US Solar |
| US Solar Way | US Solargy | USA Energy Savers |

## V

| | | |
|---|---|---|
| V3 Electric | Vaha Energy | Valley Energy |
| Valley Solar | Valley Solar Inc. | Valley Unique Electric Inc. |
| Valverde Energy Inc. | Vantage Home Solar | Vara NRG |
| Vara Solar | Veeco Solar | Velocity Solar |
| Velocity Solar - FL | Venture Home Solar | Venture Solar Energy |
| Verengo Solar | Verengo Solar Plus | Veridian Solar |
| Vermont Solar Engineering | Vertex Energy | Vertexbeta Inc. |
| Victory Solar | Village Solar | Villara Corp. |
| Vince Dorsey | VIP Solar Solutions | Viridian Solar |
| Viridiant Energy Solutions | Vision Solar | Vision Solar (Corporate) |
| Visionary Homes & Solar | Visionary Marketing | Vital Energy Solutions |
| Vivint | Vivint Solar | VMR Solar |
| Volt Energy | Volt Seed | Volt Solar Systems |
| Voltage River | Voltaic Solaire | Voltaic Solaire LLC |
| Vorp Energy | Vox Energy Solutions LLC | Voyage Solar |
| Voyage Solar Energy | | |

## W

| | | |
|---|---|---|
| Wasatch Solar | Wasatch Sun LLC | Watt Electric |
| Watts Up Solar | Wave Solar | Wayfare Energy |
| Wayne's Solar Inc. | Wayne's Solar Inc. | WDS LLC |

Sun**Value**     Home     About     How it Works     News          Get Started
                          FAQ      Contact Us

| West Tech Energy | WestCoastSolar | WGL Energy Services |
| Whidbey Sun & Wind | Whole Sun Designs Inc. | Wholesale Solar Solutions |
| Wilhite Solar Solutions LLC | Will Kuphal | William Bass |
| William Bernardi | William Solar | Willpower Electric |
| Wilson Solarpower | WilSun Power | Win Win Consulting |
| Windmar | Windsun Energy Systems | Winona Renewable Energy LLC |
| Wired Into The Future Solar | Wired Up Electrical | WJB Energy |
| Woodstar Energy LLC | Wray Electric | Wunder Capital |
| www.awses.com | | |

## X

| Xando Energy | Xero Solar | Xsqrd |

## Y

| Yancey Home Improvements | Yellow Lite | YellowLite |
| Yes Solar Solutions | Yes! Solar Solutions | Yingli Solar |
| You Choose Solar LLC | Your Energy | Your Energy Provider |
| Your Energy Solutions | Your Home Solution | Your Solar Pro |
| Youvee Solar | YSG Solar | Yuma Solar |

## Z

| Zach Sahker and Associates | Zachary Johnson | Zedan Rashwan |
| Zen Electric | Zenernet | Zero Cost Solar |
| ZEUS Battery Products | Zigg Electric and Solar | Zip Electric |
| ZunRoof | | |

SUNRUN-CB-00065



SUNRUN-CB-00066