IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| CASEY BERTRAM, on behalf of himself and others similarly situated, | CIVIL ACTION FILE NO. 2:23-cv-2215-CSB-EIL |
| Plaintiff, | |
| v. | |
| SUNRUN, INC. | |
| Defendant. | |

_____/

### DECLARATION OF CASEY BERTRAM

I, Casey Bertram, declare under penalties of perjury:

1. I am the plaintiff in the above-captioned action, I am over 18 years of agree, I am competent to testify make this declaration on personal knowledge in support of Plaintiff's Opposition to Defendant Sunrun, Inc,'s Motion to Strike the Class Allegations.

2. In response to the factual allegations contained in Sunrun's Motion to Strike the Class Allegations, I did not visit the www.sunvalue.com website on June 7, 2023 and complete a webform regarding solar energy services, nor have I ever done so.

3. I am not a current or former customer of Sunvalue or Sunrun, Inc., nor have I ever contacted either company to inquire with either company about solar services or anything else.

4. I do not know who Kim McKenna is, nor did I ask her to put my number into a web form.

5. I told the caller from Sunrun that "Kim McKenna" had died because I was so frustrated with

their persistent calling and I wanted them to stop.

6. My telephone number on which I received calls promoting Sunrun's solar services in this case, 815-671-XXXX, has been my personal, residential cell phone number since I was 18 years old (I am now 47).

7. My personal, residential cell phone number is not a business line, nor has it ever been.

8. I registered my personal, residential cell phone on the National Do Not Call Registry in November, 2005.

9. Bertman Trucking, Inc. was a business that I owned from 2006 to 2010, when it was dissolved. The company owned two trucks, which were leased to Bertram Trucking, Inc. a business owned by my late father, Myron Bertram.

10. My personal, residential cell phone was not a Bertman Trucking, Inc. business telephone number, nor was it ever advertised by me as associated with Bertman Trucking. I did not receive calls from trucking customers on my personal cell or otherwise as booking for the trucks owned by Bertman Trucking, Inc. were handled by my late father's business, Bertram Trucking, Inc.

11. Bertram Trucking, Inc. was dissolved in 2015.

12. I did not provide my personal, residential cell phone to the website www.quicktransportsolutions.com cited by Sunrun in its motion and supporting declaration.

PURSUANT TO 28 U.S.C. § 1746, I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT. EXECUTED THIS THIS 15th DAY OF DECEMBER 2023 IN THE STATE OF ILLINOIS.

_____
Casey Bertram