## IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| CASEY BERTRAM, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No.: 2:23-cv-2215-CSB-EIL |
| v. | ) |
| | ) |
| Sunrun, INC., | ) Hon. Colin Stirling Bruce |
| | ) |
| Defendant. | ) |
| | ) |

## DEFENDANT SUNRUN, INC.'S MOTION FOR LEAVE TO FILE A REPLY BRIEF IN SUPPORT OF MOTION TO STRIKE THE CLASS ALLEGATIONS

Defendant Sunrun Inc. ("Defendant" or "Sunrun") by and through its undersigned counsel, hereby moves this Court for leave to file, *instanter*, a Reply Memorandum of Law in Support Of Its Motion To Strike The Class Action Allegations in the above-captioned action pursuant to Federal Rule of Civil Procedure 23, and in support thereof states as follows:

1. Sunrun seeks to file a reply in response to arguments by Plaintiff in his Opposition to Sunrun's Motion To Strike The Class Action Allegations. First, Plaintiff's Opposition does not dispute that individual issues will predominate with respect to whether putative class members provided consent or permission to be called, had an established business relationships ("EBR"), or were called on a residential telephone number. The proposed reply explains that Plaintiff's Opposition (i) does not address the case law cited by Sunrun that illustrates how highly individualized issues with respect to consent, EBR, permission, and whether a putative class members' phone number was a residential number will predominate over other issues common to the putative class, and (ii) relies upon inapposite case law—none of

which address the predominance issues raised in Sunrun's Motion with respect to the proposed Do Not Call ("DNC") class members.

2. Second, the proposed reply details that Plaintiff's Opposition confirms that he is not an adequate or typical class representative. Plaintiff's individual TCPA claim revolves around the specific circumstances surrounding a telephone number beginning (815) 671-XXXX (the "671 Number") and Plaintiff's unique factual background making him an atypical and inadequate class member due to unique defenses and distinct issues related to his claim. Specifically, Plaintiff's Opposition confirms that the 671 Number is a non-residential number because it is both a business number and a cellular telephone number. These admissions doom Plaintiff's DNC claim and further render Plaintiff inadequate and atypical and unable to represent a class.

3. In addition, Sunrun seeks leave to file a reply to address Plaintiff's contention that the consent that Sunrun obtained to contact the 671 Number was somehow invalid. Here, it is undisputed that Sunrun received the 671 Number through submission of a webform, wherein a person purportedly having the initials "K.M." along with the 671 Number submitted a request for a quote for solar by navigating through a multiple page web form, providing their contact information, including name and address, as well as permission for Sunrun to contact them on the 671 Number. In connection with the completion of this webform, the individual further agreed to the prominent disclosure immediately adjacent to where the visitor submits his or her phone number prior to hitting the "Submit" button. This submission constitutes the requisite permission to contact a number listed on the National Do Not Call Registry.

4. The proposed reply is necessary to allow Sunrun to rebut Plaintiffs' inaccurate arguments and submissions. Accordingly, Sunrun submits the attached Reply Memorandum Of

Law In Further Support Of Its Motion To Strike The Class Action Allegations, attached hereto as Exhibit A, and requests that the Court grant it leave to file the proposed reply *instanter*.

Dated:  January 5, 2024

Respectfully submitted,

*/s/ Catherine E. James*
Lauri A. Mazzuchetti
Glenn Graham
Catherine E. James
KELLEY DRYE & WARREN LLP
333 West Wacker Drive, Suite 2600
Chicago, Illinois  60606
T: (312) 857-7070
lmazzuchetti@kelleydrye.com
ggraham@kelleydrye.com
cjames@kelleydrye.com

*Attorneys for Defendant Sunrun Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 5, 2024, I caused a true and correct copy of the foregoing to be filed via the Court's CM/ECF System and thereby served via e-mail on all counsel of record.

*/s/ Catherine E. James*
