# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| CASEY BERTRAM, on behalf of himself and others similarly situated, | CIVIL ACTION FILE NO. 23-cv-2215 |
| Plaintiff, | |
| v. | |
| SUNRUN, INC. | |
| Defendant. _____ / | |

# NOTICE OF SUPPLEMENTAL AUTHORITY
# AND REQUEST FOR JUDICIAL NOTICE

Pursuant to Rule 201 of the Federal Rules of Evidence, the Plaintiff respectfully requests that this Court take judicial notice of the Federal Trade Commission's complaint in *United States v. Response Tree LLC*, No. 8:24-cv-1 (C.D. Cal. filed Jan. 2, 2024) [hereinafter FTC Complaint], attached herein as Exhibit A. As a stipulated complaint of the Federal Trade Commission, the FTC Complaint is admissible to the extent of the basic facts surrounding the action and the respective federal agency's position. *Insulate SB, Inc. v. Advanced Finishing Sys., Inc.*, 797 F.3d 538, 543 n.4 (8th Cir. 2015) (granting request for judicial notice of FTC complaint).

The FTC complaint outlines the impropriety of a number of practices that the Sunrun is alleged to have committed in this action, as more fully outlined in response to the Plaintiff's response to the SunRun's Motion to Strike Class Allegations. Among these practices include the use of "dark patterns" on the consent website, such as by "[c]oncealing key disclosures by presenting them in small text that was barely legible to the naked eye and hiding these

disclosures behind a hyperlink." *Compare* FTC Complaint p. 9–10 *with* Response, ECF No. 17 at p. 11-12. Another practice the FTC took issue with was a list of "over 300 marketing partners in small print," which marketing partners provided "products and services unrelated to mortgage finance, including solar panels, hearing aids, auto warranties, and social security disability services." *Compare* FTC Complaint p. 12–13 *with* Response, ECF No. 17 at p. 9-10.

For the foregoing reasons, this Court should take judicial notice of the FTC Complaint, and the specific parallels within them between them and the Plaintiff's response in opposition to Defendant's motion to strike class allegations, ECF No. 17.

| | |
|---|---|
| Dated: January 8, 2024 | PLAINTIFF, individually and on behalf of all others similarly situated, |
| | |
| | */s/ Anthony Paronich* |
| | PARONICH LAW, P.C. |
| | Anthony I. Paronich |
| | 350 Lincoln St., Suite 2400 |
| | Hingham, MA 02043 |
| | 617-485-0018 |
| | anthony@paronichlaw.com |
| | |
| | *Attorneys for Plaintiff and proposed class* |